IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH KOPECKY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SCHWAN'S HOME SERVICE, INC., AND NEBRASKA DEPARTMENT OF LABOR,<br><br>　　　　　Defendants. | 4:16CV3124<br><br>**ORDER** |

IT IS ORDERED:

1)　Plaintiff's unopposed motion, (Filing No. 19), is granted.

2)　The Nebraska Department of Labor shall comply with the subpoena served on it and dated January 13, 2017, and it shall produce any and all documents/recordings contained within Plaintiff's unemployment file to Plaintiff's counsel, Kathleen Neary, 411 South 13th Street, Suite 300, Lincoln, NE 68508.

3)　Upon receipt of the documents from the Nebraska Department of Labor, Plaintiff's counsel shall provide a copy of the documents to counsel for Defendants.

January 19, 2017.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge