IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH KOPECKY,<br><br>           Plaintiff,<br><br>vs.<br><br>SCHWAN'S HOME SERVICE, INC.,<br><br>           Defendants. | 4:16CV3124<br><br><br>**ORDER** |

As requested in the parties' motion, (filing no. 23), which is hereby granted,

IT IS ORDERED that the final progression order is amended as follows:

1) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on September 25, 2017, or as soon thereafter as the case may be called, for a duration of four (4) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on August 29, 2017 at **1:00 p.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case (Filing No. 11) to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on August 28, 2017.

3) The status conference previously set for March 14, 2017 is continued, and will be held on April 25, 2017 at **8:30 a.m.** to discuss the status of case progression and potential settlement by telephone. Counsel shall use the conferencing instructions assigned to this case (Filing No. 11) to participate in the conference.

4) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is April 17, 2017. Motions to

      compel Rule 33 through 36 discovery must be filed by April 24, 2017
      **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

5)      The deposition deadline is April 17, 2017.

6)      The deadline for filing motions to dismiss and motions for summary judgment is May 19, 2017. [1]

7)      The deadline for filing motions to exclude testimony on *Daubert* and related grounds is May 19, 2017.

January 24, 2017.

                                      BY THE COURT:

                                      *s/ Cheryl R. Zwart*
                                      United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.