IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH KOPECKY, | |
| Plaintiff, | 4:16-CV-3124 |
| vs. | |
| SCHWAN'S HOME SERVICE, INC., | JUDGMENT |
| Defendant. | |

On the parties' Joint Stipulation of Dismissal (filing 36), this action is dismissed with prejudice, each party to bear their own costs.

Dated this 21st day of June, 2017.

BY THE COURT:

_____
John M. Gerrard
United States District Judge